IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Kennedi Greene, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | No.:  2:21-cv-00219 (MMB) |
| | : | |
| v. | | |
| | | |
| Triple Canopy, Inc., a | : | |
| Virginia Corporation, | : | |
| | : | |
| Defendants. | : | |

### STIPULATION TO AMEND EXPERT DEADLINES AS SET FORTH IN THE June 29, 2021, SCHEDULING ORDER

IT IS hereby agreed to between Counsel that the deadlines to exchange expert reports as set forth in paragraph 2 of the Court's June 29, 2021, Scheduling Order are hereby extended as follows:

2.   Exchange of expert reports pursuant to Rule 26(a)(2).

Plaintiff:  Extended from 11/1/21 to 11/30/21.

Defendant:  Extended from 11/30/21 to 12/30/21.

FREEDMAN & LORRY, P.C.                    LEWIS BRISBOIS BISGAARD & SMITH, LLP

*/s/ Scott A. Portner*                    */S/ Lee J. Janiczek*
_____                    _____
Scott A. Portner, Esquire              Lee J. Janiczek, Esquire
Dated:  September 30, 2021             Dated:  September 30, 2021

_____
The Hon. Michael M. Baylson